UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-cr-00221-CRC** |
| | ) | |
| **NICHOLAS VON KEUDELL,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT NICHOLAS VON KEUDELL'S MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEOCONFERENCE FOR SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Nicholas Von Keudell, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully makes this motion to allow Defendant Von Keudell and undersigned counsel to appear via video for the Sentencing on April 2, 2024.

On December 13, 2023, Defendant Von Keudell entered a plea of guilty to two misdemeanor counts in violation of 40 USC 5104(e)(2)(D) and 40 USC 5104(e)(2)(G).

Further, as this Court is aware undersigned counsel is located and based out of the states of Hawaii and California and must travel to the District of Columbia for personal appearances. Undersigned only travels to the district on an as-required basis.

Many judges in this District have handled sentences on misdemeanor cases to be done via video.  As Defendant Von Keudell is being sentenced to two misdemeanors, this Court should allow the Sentencing Hearing to be conducted via videoconference.

Based thereon, Defendant Von Keudell requests this Court allow both Defendant Von Keudell and undersigned counsel to appear via videoconference for the April 2, 2024, Sentencing.  Defendant will waive his right to a personal appearance on the record at the time of the Sentencing.

Dated: March 22, 2024		Respectfully submitted,

		/s/ William L. Shipley
		William L. Shipley, Jr., Esq.
		PO BOX 745
		Kailua, Hawaii 96734
		Tel: (808) 228-1341
		Email: 808Shipleylaw@gmail.com